AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

A.G., a minor child, and his parent and legal guardian,
MELANIE ADAMS,

                      Plaintiffs,

v.

KIONA-BENTON CITY SCHOOL DISTRICT NO. 52,

                      Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-5082-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered for Plaintiffs in the amount of $28,000.

| | |
|---|---|
| August 24, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Jaime M. White |
| | *(By) Deputy Clerk* |
| | Jaime M. White |